IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

YASMOND R. CARRIER,

        Plaintiff,

    v.                                        CIVIL ACTION NO.: CV511-094

BRIAN OWENS, Commissioner;
BARRY GOODRICH, Warden;
and CORRECTIONS CORPORATION
OF AMERICA,

        Defendants.

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, to which Objections have been filed. In his Objections, Plaintiff once again challenges his probation revocation proceedings. The Magistrate Judge informed Plaintiff that he cannot make such a challenge pursuant to 42 U.S.C. § 1983.

Plaintiff's Objections are **overruled**. The Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Plaintiff's Complaint is **DISMISSED** for failure to state a claim upon which relief may be granted pursuant to 42

AO 72A
(Rev. 8/82)

U.S.C. § 1983. The Clerk of Court is directed to enter the appropriate judgment of dismissal.

**SO ORDERED**, this 30 day of December, 2011.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)